# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **CAMERON TIDWELL,** | **CASE NO.:** |
| Plaintiff, | |
| vs. | State County Court Case No.: 21CC108854 |
| **CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES,** | Division N |
| | **NOTICE OF REMOVAL** |
| Defendant. | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Sections 1332, 1441 and 1446, Defendant Credit Control Services, Inc. ("CCS"), by and through its undersigned attorney of record, Gordon Rees Scully Mansukhani, LLP, hereby removes this action brought by Plaintiff, Cameron Tidwell, originally filed in the County Court in and for Hillsborough County, Florida Civil Division, Case No.: 21CC108854 Division N, to the United States District Court for the Middle District of Florida, and CCS, reserving all defenses other than removal states as following in support:

1. November 1, 2021, Plaintiff Cameron Tidwell ("Plaintiff") filed a Complaint alleging three (3) causes of action in the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, entitled and captioned: *Cameron Tidwell v Credit Control Services, Inc. d/b/a Credit Collection Services,* which was assigned Case No.: 21CC108854.

2. On or about December 27, 2021, CCS was served with the Complaint. *Attached as **Exhibit A** is a copy of the Summons and Complaint in the State Court Action.*

3. CCS has timely filed this Notice of Removal pursuant to 28 U.S.C. §1446(b).

4. Removal to this Court is proper pursuant to 28 U.S.C. §1441(a), which provides, in relevant part, that "any civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the Defendant or Defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5. As more fully set forth below, this Court has original jurisdiction based upon claims arising under Federal Law under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et. seq.

6. Because Plaintiff's First and Second Causes of Action are federal questions, the prerequisite for removal under 28 U.S.C. §1441 has been met, and this Court is vested with subject matter jurisdiction over this action.

7. Pursuant to 28 U.S.C. §1367, to the extent jurisdiction is not otherwise provided in this Notice, CCS respectfully requests that this Court exercise supplemental jurisdiction over Plaintiff's state law claim, as such claim is so related to Plaintiff's federal claim "that they form part of the same case or controversy under Article III of the United States Constitution."

8. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this

Notice of Removal will be given to Plaintiff, and a copy of the Notice of Removal will be filed with the County Court in and for Hillsborough County, Florida Civil Division, Case No.: 21CC108854.

9. CCS reserves all defenses including but not limited to those specified in FRCP 12(b).

10. CCS files with this Notice, true and correct copies of all pleadings filed in the above-captioned State action.

11. Written notice of the filing of this Notice of Removal on this date has been given to the Plaintiff, Cameron Tidwell, through Plaintiff's attorneys of record, Jibrael Hindi and Thomas Patti, Esqs., 110 SE 6th Street, Suite 1744, Fort Lauderdale, FL 33301, via electronic mail at jibrael@jibraellaw.com and tom@jibraellaw.com.

12. The undersigned certifies that the Defendant, CCS, has consented to the removal of this action from the Seventeenth Judicial Circuit Court of Broward County, Florida to the United States District Court, Southern District.

13. The undersigned counsel is authorized by CCS to file this Notice of Removal, is licensed in the State of Florida, and is a member in good standing of the Bar of this Court.

**WHEREFORE**, Defendant removes to this Court the above-entitled action, pending in the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, and requests this action be placed on the docket of this Court for further proceedings as though this action had originally been

instituted in this Court. Additionally, Defendant respectfully requests that the docket of the Court notice this firm's representation of Defendant Credit Control Services, Inc., d/b/a Credit Collection Services for all further proceedings.

Dated: January 20, 2022

                Respectfully submitted,

                **GORDON REES**
                **SCULLY MANSUKHANI, LLP**

By:  */s/Chantel C. Wonder*
        Chantel C. Wonder
        Florida Bar No.: 0087601
        cwonder@grsm.com
        Miami Tower
        100 SE Second Street, Suite 3900
        Miami, FL 33131
        Tel: (Direct) 813-523-4945
        Facsimile 813-377-3505
        *Attorneys for Defendant Credit Control Services, Inc. d/b/a*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 20, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and was sent via electronic email to:

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
Telephone: (954) 907-1136
Email: jibrael@jibraellaw.com
tom@jibraellaw.com

        **GORDON REES**
        **SCULLY MANSUKHANI, LLP**

By: */s/Chantel C. Wonder*
Chantel C. Wonder
Florida Bar No.: 0087601
cwonder@grsm.com
Miami Tower
100 SE Second Street, Suite 3900
Miami, FL 33131
Tel: (Direct) 813-523-4945
Facsimile 813-377-3505
*Attorneys for Defendant Credit Control Services, Inc d/b/a Credit Collection Services*